# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL SANTANA,<br><br>　　　　　　　Movant,<br>　v.<br>UNITED STATES,<br><br>　　　　　　　Respondent. | CIV. CASE NO.   07cv2020 BTM<br>CRIM. CASE NO. 98cr0037 BTM<br><br>**ORDER DISMISSING § 2255 MOTION** |

In an order filed on October 30, 2007, the Court ordered the parties to brief the issue of whether the Court had jurisdiction over Rafael Santana's § 2255 motion in light of his pending appeal before the Ninth Circuit Court of Appeals. In response the Court's order, the Government filed a motion to dismiss, arguing that the Court should refrain from ruling on the § 2255 motion pending the appeal. Santana did not file a response to the Court's order.

In United States v. Taylor, 648 F.2d 565, 572 (9th Cir. 1981), the Ninth Circuit explained that generally, the filing of an appeal severely restricts the filing of a collateral claim with the district court, "to avoid any anomaly associated with the simultaneous consideration of the same case by two courts." Although the general rule of forbearance is not a jurisdictional impediment, the district court may entertain a collateral motion during the pendency of a direct appeal only if "'extraordinary circumstances' outweigh the considerations of administrative convenience and judicial economy." Id. at 572.

Santana has not shown that there are extraordinary circumstances warranting dual

proceedings. Therefore, the Court **GRANTS** the Government's motion to dismiss and **DISMISSES** the § 2255 motion without prejudice.

**IT IS SO ORDERED.**

DATED: December 27, 2007

*Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge